FILED
 2006 Apr-12 PM 03:06
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **DONALD PRICE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   4:04-CV-03258-TMP |
| | ) |
| **WARDEN HOOKS,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation in the above-styled cause on March 20, 2006, recommending that all claims in the action be dismissed, with the exception of plaintiff's claim for violation of his Eighth Amendment right to adequate medical care against Dr. Lawrence and Nurse Whitehead. Although the report and recommendation gave the parties fifteen days in which to object to the recommendation, no objections have been filed.

Having carefully reviewed and considered *de novo* the materials in the court file, the court is of the opinion that the report should be and hereby is ADOPTED and the recommendation is ACCEPTED. By separate order, the court will DISMISS WITH PREJUDICE all claims in the above-styled cause, except for plaintiff's Eighth Amendment medical care claim against defendants Lawrence and Whitehead, under 28 U.S.C. § 1915A. Additionally, all claims against defendant Dr. Alonzo will be DISMISSED WITH PREJUDICE on the plaintiff's voluntary motion to dismiss.

The Clerk is **DIRECTED** to mail a copy of the foregoing to the plaintiff.

**DONE** this 12th day of April, 2006.

**VIRGINIA EMERSON HOPKINS**
United States District Judge